**Electronically Filed
Supreme Court
SCWC-16-0000860
08-NOV-2019
08:09 AM**

SCWC-16-0000860

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

FIRST HAWAIIAN BANK,
Respondent/Plaintiff-Appellee,

vs.

MEL DANIEL HORNER,
Petitioner/Defendant-Appellant,

and

TALIA LYNN HORNER; ASSOCIATION OF APARTMENT OWNERS OF 1340 AND
1342 HOOLI CIRCLE, by its Board of Directors;
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000860; CIVIL NO. 11-1-2149)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Mel Daniel Horner's application for writ of certiorari filed on September 30, 2019, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, November 8, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

